UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | |
|---|---|
| IN RE WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |

-----------------------------------------------------------------X

| | |
|---|---|
| ROSSINA ANGULO, | 07-CV-04449-AKH |
| Plaintiff, | |
| - against - | **APPEARANCE** |
| 160 WATER ST., INC., *et al.*, | **ELECTRONICALLY FILED** |
| Defendants. | |

-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.

Dated: New York, New York            DICKSTEIN SHAPIRO LLP
       October 3, 2007

                                     By:     /s/ Judith R. Cohen
                                     _____

                                     Judith R. Cohen (JC-8614)
                                     1177 Avenue of the Americas
                                     New York, New York 10036
                                     Phone: (212) 277-6500
                                     Fax: (212) 277-6501

                                     *Attorney for Defendant*
                                     MERRILL LYNCH & CO., INC.

DOCSNY-271297v01