x:\ATS51930\adoption

ROGER P. McTIERNAN, JR. (RPM 1680)
BARRY, McTIERNAN & MOORE
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600

Attorneys for Defendants ANN TAYLOR STORES CORPORATION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
--------------------------------------------------------------------------X        **21 MC 102 (AKH)**

ROSSINA ANGULO,

**Civil Action No.: 07 CV 4449**

**NOTICE OF ADOPTION**

Plaintiff(s),

- against -

160 WATER STREET ASSOCIATES, ALAN KASMAN DBA
KASCO, ANN TAYLOR STORES CORPORATION,
BATTERY PARK CITY AUTHORITY, BLACKMON-
MOORING-STEAMATIC CATASTOPHE, INC. D/B/A BMS
CAT, BOARD OF MANGERS OF THE HUDSON VIEW
EAST CONDOMINIUM, BROOKFIELD FINANCIAL
PROPERTIES, INC., BROOKFIELD FINANCIAL
PROPERTIES, LP, BROOKFIELD PARTNERS, LP,
BROOKFIELD PROPERTIES CORPORATION,
BROOKFIELD PROPERTIES HOLDINGS, INC.,
DEPARTMENT OF BUSINESS SERVICES, ENVIROTECH
CLEAN AIR, INC., G.L.O. MANAGEMENT, INC., GPS
ENVIRONMENTAL CONSULTANTS, INC., HILLMAN
ENVIRONMENTAL GROUP, LLC., HUDSON VIEW EAST
CONDOMINIUM, HUDSON VIEW TOWERS
ASSOCIATES, INDOOR ENVIRONMENTAL
TECHNOLOGY, INC., KASCO RESTORATION SERVICES
CO., MERRILL LYNCH & CO., INC., NEW YORK
UNIVERSITY, NOMURA HOLDING AMERICA, INC.,
NOMURA SECURITIES INTERNATIONAL, INC., ONE
WALL STREET HOLDINGS, LLC., R Y MANAGEMENT
CO., INC., RY MANAGEMENT, SOUTHBRIDGE TOWERS,
INC., STRUCTURE TONE (UK), INC., STRUCTURE TONE
GLOBAL SERVICES, INC., THAMES REALTY CO., THE

BANK OF NEW YORK COMPANY, INC., THE BANK OF
NEW YORK, TOSCORP, INC., WESTON SOLUTIONS,
INC., WFP TOWER B CO. G.P. CORP., WFP TOWER B
HOLDING CO., LP, WFP TOWER B. CO., L.P.
ZECKENDORF REALTY, ZECKENDORF REALTY, LLC.,
and ZECKENDORF REALTY, LP.,

                          Defendant(s).
--------------------------------------------------------------------------X
COUNSELORS:

        PLEASE TAKE NOTICE that defendants, ANN TAYLOR STORES CORPORATION,

as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off

Complaint) related to the Master Complaint filed in the above-referenced action, hereby adopts

ANN TAYLOR STORES CORPORATION's Answer to the Master Complaint dated August 8,

2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site

Litigation*, 21 MC 102 (AKH).

        To the extent that ANN TAYLOR STORES CORPORATION's, Answer to the Master

Complaint does not comprehensively address any of the specific allegations within the Check-Off

Complaint in the above-captioned matter, ANN TAYLOR STORES CORPORATION denies

knowledge or information sufficient to form a belief as to the truth of such specific allegations.

        WHEREFORE, ANN TAYLOR STORES CORPORATION demands judgment

dismissing the above-captioned action as against it, together with its costs and disbursements.


Dated:  New York, New York
        October 15, 2007

                                        _____
                                        ROGER P. McTIERNAN, JR. (RPM 1680)
                                        BARRY, McTIERNAN & MOORE
                                        Attorneys for Defendants
                                        ANN TAYLOR STORES CORPORATION.
                                        2 Rector Street – 14th Floor
                                        New York, New York 10006
                                        (212) 313-3600