UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: LOWER MANHATTAN DISASTER SITE
LITIGATION
-------------------------------------------------------------------------X    07CV4449 (AKH)
ROSSINA ANGULO,

                            Plaintiffs,

      -  against --                                    AMENDED
                                                                        ANSWER

160 WATER ST., INC., 160 WATER STREET
ASSOCIATES ALAN KASMAN DBA KASCO,
ANN TAYLOR STORES CORPORATION,
BATTERY PARK CITY AUTHORITY, BLACKMON-
MOORING-STEAMATIC CATASTOPHE, INC. D/B/A
BMS CAT, BOARD OF EDUCATION OF THE CITY OF
NEW YORK, BOARD OF MANAGERS OF THE HUDSON
VIEW EAST CONDOMINIUM, BROOKFIELD
FINANCIAL PROPERTIES, INC., BROOKFIELD
FINANCIAL PROPERTIES, LP, BROOKFIELD
PROPERTIES CORPORATION, BROOKFIELD PROPERTIES
HOLDINGS INC., DEPARTMENT OF BUSINESS SERVICES,
DEUTSCHE BANK, DEUTSCHE BANK DBAB WALL STREET,
ENVIROTECH CLEAN AIR, INC., G.L.O.
MANAGEMENT, INC., GPS ENVIRONMENTAL
CONSULTANTS, INC., HILLMAN ENVIRONMENTAL
GROUP, LLC., HUDSON VIEW EAST CONDOMINIUM, HUDSON
VIEW TOWERS ASSOCIATES, INDOOR ENVIRONMENTAL
TECHNOLOGY, INC., JONES LANG LASALLE, KASCO
RESTORATION SERVICES CO., MERRILL LYNCH & CO, INC.,
NEW YORK CITY SCHOOL CONSTRUCTION AUTHORITY,
NEW YORK UNIVERSITY, NOMURA HOLDING AMERICA,
INC., NOMURA SECURITIES INTERNATIONAL, INC., ONE WALL
STREET HOLDINGS, LLC., R Y MANAGEMENT CO., INC., RY
MANAGEMENT, SABINE ZERARKA, SOUTHBRIDGE TOWERS,
INC., STRUCTURE TONE (UK), INC., STRUCTURE TONE
GLOBAL SERVICES, INC., THAMES REALTY CO, THE BANK OF
NEW YORK COMPANY, INC., TOSCORP INC., TRIBECA LANDING
L.L.C., WALL STREET LLC, WESTON SOLUTIONS, INC., WFP
TOWER B CO. G.P. CORP., WFP TOWER B HOLDING CO., LP,
WFP TOWER B. CO., L.P.,
WFP TOWER D CO GP CORP,
WFP TOWER D HOLDING CO I LP,
WFP TOWER D HOLDING CO II LP,
WFP TOWER D HOLDING I GP CPR and

WFP TOWER D CO LP, ET AL

                                        Defendants.

----------------------------------------------------------------X

PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc. ("Envirotech"), as and for their responses to the allegations set forth in the Amended Complaint by Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
       January 21, 2008

                                Yours, etc.

                                FRIEDMAN, HARFENIST, LANGER & KRAUT
                                Attorneys for Defendant –Envirotech
                                3000 Marcus Avenue, Suite 2E1
                                Lake Success, New York 11042
                                (516) 775-5800

                                BY: _____
                                       Heather L. Smar (4622)